UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD PERRY,<br><br>       Plaintiff,<br><br>v.<br><br>CALVIN BROADUS, JR.,<br><br>       Defendant. | Case No. 2:24-cv-02212-SB-KS<br><br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

   Plaintiff filed this copyright infringement action on March 19, 2024. Dkt. No. 1. On March 29, Plaintiff filed a proof of service. Dkt. No. 11. Because it appeared that service did not comply with Federal Rule of Civil Procedure 4, the Court issued an order to show cause (OSC) re service, which required Plaintiff no later than May 7 to file a response to the order or file a proof of service that complied with Rule 4. Dkt. No. 12. In the OSC, the Court warned Plaintiff that failure to comply "may be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant." *Id*. Plaintiff failed to respond.

   Accordingly, Plaintiff is ordered to show cause, in writing, by no later than May 13, 2024, whether service on Defendant was proper. The Court will consider as an appropriate response to this OSC the filing of proof of service that complies with Rule 4. Failure to timely respond to this OSC *shall* be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

Date: May 9, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1